# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAYMOND MALDONADO, )
                Plaintiff(s), ) Case No. 2:17-cv-00055-KJD-NJK
)
vs. ) ORDER
)
CAPITAL ONE BANK, NATIONAL )
ASSOCIATION, et al., )
)
                Defendant(s). )

On January 26, 2017, the Plaintiff and Defendant Equifax Information Services ("Equifax") filed a stipulation to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's complaint. Docket No. 6. On January 27, 2017, the Court granted that stipulation and ordered Defendant to answer or otherwise respond to Plaintiff's complaint, no later than March 6, 2017. Docket No. 7. To date, Defendant has not filed an answer or other responsive pleading. *See* Docket. Accordingly, the Court **ORDERS** Defendant to answer or otherwise respond to Plaintiff's complaint, no later than April 24, 2017. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: April 17, 2017.

                                                        _____
                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge