# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MALDONADO,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION, et al.,<br><br>        Defendant(s). | Case No. 2:17-cv-00055-KJD-NJK<br><br>ORDER |

Pending before the Court is a notice of settlement between Plaintiff and Defendant Equifax Information Services, LLC ("Defendant"). Docket No. 18. Plaintiff's requests that all pending dates and filing requirements as to Defendant be vacated, and that the Court set a deadline for filing a dismissal, are **GRANTED**. Accordingly, the Court's order at Docket No. 17 is hereby **VACATED**. The Court further **ORDERS** Plaintiff and Defendant to file a stipulation of dismissal no later than June 19, 2017.

IT IS SO ORDERED.

DATED: April 18, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge