Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MALDONADO,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION; NAVY FEDERAL CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; HSBC MORTGAGE SERVICES; EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No. 2:17-cv-00055-KJD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Raymond Maldonado ("Mr. Maldonado"), through his attorney David H. Krieger, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

1. The parties have resolved this case;

2. Defendant Wells Fargo shall be dismissed from this case, with prejudice;

3. Those parties shall bear their own attorneys' fees and costs associated with this action.

- 1 -

**IT IS SO STIPULATED**.

DATED this 3rd day of April, 2017.

| HAINES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: _/s/ David Krieger_<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Raymond Maldonado* | By: _/s/ Tanya N. Lewis_<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br><br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

## **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A. is hereby dismissed from this action, with prejudice, and each party will bear its own fees and costs.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED April __19__, 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*